Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JAN 31 AM 10:48

OFFICE OF THE CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:           Vernon McClarty            Docket Number: 8:02CR427

Sentencing Judge:           The Honorable Joseph F. Bataillon
                            Chief U.S. District Judge

Date of Original Sentence:  February 6, 2004

Original Offense:           Felon in Possession of a Firearm [18 U.S.C. 922(g)(1)]

Original Sentence:          10 months imprisonment followed by 24 months Supervised Release

Type of Supervision:        Supervised Release

Date Supervision Commenced: February 6, 2004

================================================================================

### PETITIONING THE COURT

__ To extend the term of supervision for _____, for a total term of _____.

X   To modify the conditions of supervision as follows:

Waive the offender's outstanding home confinement fees in the amount of $752.81.

### CAUSE

Due to Mr. McClarty's lack of financial resources, high medical bills and the fact that he subsists on a VA pension only, he is unable to pay for his period of home confinement.

Respectfully submitted,

W.S. Gallagher
Williamette S. Gallagher
Senior U.S. Probation Officer
Date: January 27, 2006

THE COURT ORDERS
======================================================================

\_\_  No Action

\_\_  The Extension of Supervision as Noted Above

X   The Modification of Conditions as Noted Above

\_\_  Other

                          */s/ John F. Bataillon*
                          Chief U.S. District Judge

                          1/31/06
                          Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

Due to my lack of financial resources, high medical bills and the fact that I subsist on a VA pension only, I am unable to pay for my outstanding home confinement fees in the amount of $752.81.

Witness: _____  Signed: _____
U.S. Probation Officer                        Offender

_____1-18-06_____
Date